RECEIVED

OCT 16 2014

WESTERN DISTRICT OF LOUISIANA, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

NKEMJIKA BONLIONEL IKE  
A#078379928; Reg. #44981-265

CIVIL ACTION NO. 2:11-cv-2188-P

VS.

JUDGE DONALD E. WALTER

YOLANDA SWEET, ET AL

MAG. JUDGE KATHLEEN KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

THUS DONE AND SIGNED in Chambers at Shreveport, Louisiana, this 16 day of October, 2014.

DONALD E. WALTER  
UNITED STATES DISTRICT JUDGE